WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
   Attorney for Plaintiff

FILED '06 MAR 01 15:04 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KATHERINE KNIGHT,**                                         CV # 05-636-HA

   Plaintiff,

vs.                                                            ORDER

**COMMISSIONER of Social Security,**

   Defendant.

---

Attorney fees in the amount of $6,300.00 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this __1__ day of __March__, 2006.

_____
United States District Judge

Submitted on February 24, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
   Attorney for Plaintiff

ORDER - Page 1